IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON REID WAGNER, <br><br> Plaintiff, <br><br> vs. <br><br> DR. MORGAN, and DR. CUNARD, <br><br> Defendants. | 8:23CV361 <br><br> ORDER |

In accordance with the Court's December 5, 2024, Memorandum and Order, Filing No. 17,

IT IS ORDERED that:

1. Plaintiff's motion to amend, Filing No. 14, is denied.

2. Plaintiff's motion for status and summons, Filing No. 15, is granted.

Dated this 6th day of December, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge