## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRANDON REID WAGNER,** | |
| **Plaintiff,** | **8:23CV361** |
| **vs.** | |
| **DOUGLAS MORIN, M.D.; and ROBERT CUNARD, M.D.;** | **ORDER** |
| **Defendants.** | |

This matter is before the Court on its own motion. Plaintiff is proceeding in this matter without counsel. On April 29, 2026, Plaintiff failed to appear for a scheduled status conference with the Court. (Filing Nos. 67-68). On April 20 and May 12, 2026, mail sent to Plaintiff's last known addresses by the Clerk of Court was returned to this Court as undeliverable. (Filing Nos. 66, 69).

On May 13, 2026, Plaintiff did appear for the rescheduled status conference with the Court. (Filing No. 70). Plaintiff provided the Court with an updated address during the call, but the Court advised Plaintiff he needed to provide his current mailing address to the Clerk of Court by written notice. The Court informed Plaintiff during the call that the status conference would be rescheduled for June 17, 2026, at 9:30 a.m. (Filing No. 70). Mail sent to Plaintiff at his prior address and updated address were both returned as undeliverable. (Filing Nos. 71, 73). Plaintiff still has not provided the Court with written notice of his current mailing address, and also failed to appear for the status conference scheduled for June 17, 2026.

Plaintiff has an obligation to keep the court informed of his current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be maintained in this Court if Plaintiff's whereabouts remain unknown, and if Plaintiff continues to miss scheduled Court hearings and participate in prosecuting his case. Accordingly,

**IT IS ORDERED:**

1.      Plaintiff must update his address and contact information with the Court **on or before July 17, 2026**. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.      The Clerk of the Court is directed to send a copy of this Order to Plaintiff's two last known addresses.

Dated this 17th day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge