IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRANDON REID WAGNER,

Plaintiff,

vs.

DOUGLAS MORIN, M.D.; and DR. ROBERT CUNARD, M.D.;

Defendants.

**8:23CV361**

**DISMISSAL ORDER**

On July 20, 2026, Magistrate Judge Michael Nelson entered a Findings and Recommendation (Filing No. 78), recommending that this case be dismissed without prejudice because Plaintiff has failed to prosecute it diligently and has failed to comply with court orders and the local rules. The Findings and Recommendation advised Plaintiff that failure to file an objection to the Findings and Recommendation within fourteen days may constitute a waiver of any objection. (Filing No. 78.) Plaintiff has not filed an objection and his deadline for doing so has expired.

Having reviewed Magistrate Judge Nelson's Findings and Recommendation, as well as the docket sheet and filings in this case, the Court agrees that this matter should be dismissed.

**IT IS ORDERED** that this case is dismissed without prejudice. The Clerk of Court shall mail a copy of this Dismissal Order to Plaintiff at his last known address.

Dated this 7th day of August, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge